HENRY I. CLARK and Others v. BANKERS TRUST COMPANY, as Trustee etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ARTHUR SELWYN-BROWN v. SUPERNO COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

JAMES MCCARTHY, as Administrator, etc., v. THE ANSONIA.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with

terms stated in order. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.